# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Angelina Delgado v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 10-cv-13577-DRH |
| *Jessica Losse v. Bayer Corporation et al* | No. 10-cv-10025-DRH |
| *Amber E. Lunny v. Bayer Corporation et al* | No. 12-cv-11478-DRH |
| *Jessica Mahoney v. Bayer Corporation et al* | No. 12-cv-11302-DRH |
| *Lacie A. Makary v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 11-cv-12282-DRH |
| *Heather Marshall v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 10-cv-12815-DRH |
| *Michelle Mash v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 10-cv-11741-DRH |
| *Kady Matthisen v. Bayer Healthcare Pharmaceuticals, Inc. et al* | No. 13-cv-10299-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 31, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: _ /s/*Caitlin Fischer* _
**Deputy Clerk**

**Dated:**  August 1, 2014

David R.
Herndon
2014.08.01
14:03:01
-05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**